AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia

FILED
IN OPEN COURT
NOV 27 2012
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

United States of America
v.
Jonathan Adonay Fuentes (aka "Cheesy")
*Defendant*

Case No. 1:12CR489

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 11-26-12

*Defendant's signature*

*Signature of defendant's attorney*

Patrick Anderson, Esq.
*Printed name of defendant's attorney*

/s/ LMB 11/27/12

**Leonie M. Brinkema**
**United States District Judge**